IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORIO FUNTANILLA,

    Plaintiff,

 v.

R. GOMEZ, D. ADAMS, R. HALL, D. YBARRA, M.A. BAIRES, S. SMITH, J. LIAS, S. SHERMAN, K. CLARK, N. GRANNIS, D. HETEBRINK, DOES 1–11, each in his official and individual capacity,

    Defendants.

No. C 08-00531 WHA (PR)

**ORDER TO SHOW CAUSE**

Plaintiff Gregorio Funtanilla has filed a document titled as a late declaration for court intervention in securing access to the presiding court. Plaintiff requests that the Court order defendants to allow him access to his stored legal papers so he can prepare and file an amended complaint. Defendants are ordered to show cause and submit a written response addressing plaintiff's alleged lack of access to the aforementioned materials by **SEPTEMBER 9, 2009 AT NOON**.

**IT IS SO ORDERED.**

Dated: August 21, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE