IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FUNTANILLA, | No. C 08-0531 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| R. GOMEZ; D. ADAMS; R. HALL; D. YBARRA; M.A. BAIRES; S. SMITH; J. LIAS; S. SHERMAN; K. CLARK; N. GRANNIS; D. HETEBRINK; DOES 1-11, each in his official and individual capacity, | |
| Defendants. / | |

On May 11, 2009, an order was entered directing the United States Marshal to serve summonses and the complaint upon certain defendants. That same day the Clerk issued the summonses and sent them with USM 285 forms to plaintiff with instructions to insert defendants' proper names and addresses for service. Plaintiff was further instructed to complete within thirty days a Notice of Submission of Documents form (which was also sent to him), the summonses, and the USM 285 forms, and to submit them to the court along with copies of the complaint. On September 16, 2009, plaintiff was given additional time, until October 12, 2009, to return the required documents, and he was warned that if he did not do so the case would be dismissed. Plaintiff has not done so. Accordingly, this matter is **DISMISSED** without prejudice.

On September 21, 2009, plaintiff filed a motion seeking to have the August 21, 2009 order to show cause served upon defendants. In his motion, plaintiff indicates that he does not

have access to the legal materials he needs to prepare an amended complaint.  This case is being dismissed because plaintiff did provide the necessary information and documents to effectuate service or process upon defendants; there will be no need to file an amended complaint herein. Moreover, as defendants have not been served or otherwise appeared in this action, the August 21, 2009, order to show cause is **VACATED** and plaintiff's motion to serve the order to show cause on defendants is **DENIED**.

The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December   30  , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\Funtanilla0531.EDCA.DSM.wpd

2