**United States District Court**
For the Eastern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FUNTANILLA, | No. C 08-0531 WHA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| R. GOMEZ; D. ADAMS; R. HALL; D. YBARRA; M.A. BAIRES; S. SMITH; J. LIAS; S. SHERMAN; K. CLARK; N. GRANNIS; D. HETEBRINK; DOES 1-11, each in his official and individual capacity, | |
| Defendants. / | |

This case has been dismissed without prejudice. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: December   30  , 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\Funtanilla0531.EDCA.JUD.wpd